John A. Fookes v. Union Oil Company of California.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Alfred A. Whitman v. Charles L. Munnich and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Franklin B. Long and Others v. Lebanon National Bank, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order. Present.— Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Daniel Cunningham, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Barnett L. Hollander and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Louis H. Abenheimer v. Alfred S. Ginsburg, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Elizabeth Dwyer v. Louis Greenblatt.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Jessie M. Wager v. Maurice Cohen.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Blatchford F. Wager v. Maurice Cohen.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York v. Phocion M. Daniel, Jr.— Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

John J. Keit v. Winter Garden Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ..

Standard Steam Specialty Company v. The Corn Exchange Bank.— Application granted. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Francis H. Scantlebury v. Chester W. Tallcott.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.